# In The United States Court of Federal Claims

## Cover Sheet

04-794C

Plaintiff(s) or Petitioner(s)

SPW Engineering Group, Inc.

If this is a multi-plaintiff case, pursuant to RCFC 20(a), please attach an alphabetized, numbered list of all plaintiffs.

Name of the attorney of record: [See RCFC 83.1(c)] Joseph A. McManus, Jr., Esq.

Firm Name: McManus, Schor, Asmar & Darden, LLP

Post Office Box: Suite 600

Street Address: 1301 Connecticut Avenue, NW

City-State-Zip: Washington, DC 20036

Telephone & Facsimile Numbers: (202)296-9260 (202)659-3732 - Fax

E-mail address: jmcmanus@msadlaw.com

Is the attorney of record admitted to the Court of Federal Claims Bar? yes

If **NO**, please call (202) 219-9630 for admission papers and instructions.

Nature of suit code: 1 1 6

**Select only one [three digit] nature of suit code from attached sheet and if numbers 118, 134, 226, 312, 356, or 528 are used, please explain.**

Government Agency Involved: A R M

**See attached Sheet for three digit code.**

Amount Claimed: $ 874,575

**If to be determined, put the phrase "to be determined" in Amount Claimed Space.**

Vaccination Date: **(Vaccine Cases Only)**

If this is case related to any pending or previous case you are **required** to file a separate notice of related case(s). See RCFC 40.2 N/A

April 25, 2003