ORIGINAL

FILED
MAY - 6 2004
U.S. COURT OF FEDERAL CLAIMS

UNITED STATES COURT OF FEDERAL CLAIMS

SPW ENGINEERING GROUP, INC.
1197 Baltimore and Annapolis Boulevard
Arnold, Maryland 21012

Plaintiff

v.

THE UNITED STATES OF AMERICA

Defendant

Civil Action No: 04-794C

# SPW Engineering Group, Inc.'s
# Rule 7.1 Corporate Disclosure Statement

NOW COMES, Plaintiff SPW Engineering Group, Inc., pursuant to Rule 7.1, and makes the following disclosure with respect to parent companies, subsidiaries, and affiliates:

SPW Engineering Group, Inc. is a privately owned company and issues no public shares.

Dated this 6th day of May 2004.

Respectfully submitted,

SPW Engineering Group, Inc.

By Counsel

Joseph A. McManus, Jr.
MCMANUS, SCHOR,
ASMAR & DARDEN, L.L.P.
1301 Connecticut Avenue, N.W.
Sixth Floor
Washington, D.C. 20036
(202) 296-9260
(202) 659-3732 (fax)