IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| SPW ENGINEERING GROUP, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 04-794C |
| | ) | (Judge Firestone) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME

Pursuant to Rule 6(b) of the Rules of the Court of Federal Claims ("RCFC"), defendant, the United States, respectfully requests the Court to enlarge the deadline for defendant's response to the complaint filed by plaintiff, SPW Engineering ("SPW"), by an additional 14 days, to and including July 20, 2004. Defendant's response currently is due July 6, 2004. This is defendant's first motion for this purpose. Counsel for defendant has conferred with counsel for plaintiff, and is authorized to state that plaintiff does not oppose this motion.

This motion is necessary due to the delay experienced by defense counsel in receiving plaintiff's complaint. Although the complaint was filed on May 6, 2004, counsel for defendant did not receive a copy of the complaint until on or about May 18, 2004. As a result, the current deadline will not allow counsel for defendant an adequate opportunity to consult with Department of the Army

personnel and prepare defendant's response to the complaint. Moreover, the current deadline will not permit the Army sufficient time to complete the factual review necessary to respond to the complaint. The requested enlargement will allow the Army sufficient time to complete its factual review and permit the Government an adequate opportunity to prepare its response to the complaint.

Accordingly, the Government respectfully requests the Court to grant this unopposed motion to enlarge the deadline for its response to the complaint by 14 days, to and including July 20, 2004.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

/s/ Robert E. Kirschman, Jr.

ROBERT E. KIRSCHMAN, JR.
Assistant Director

/s/ Gregory T. Jaeger

GREGORY T. JAEGER
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20005
(202) 353-7955

June 28, 2004

Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on June 28, 2004, a copy of the foregoing DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Gregory T. Jaeger