# In the United States Court of Federal Claims

**No. 04-794C**
**(Filed: September 14, 2004)**

* * * * * * * * * * * * * * * * *

| | |
|---|---|
| | * |
| **SPW ENGINEERING GROUP, INC.,** | * |
| | * |
| **Plaintiff,** | * |
| | * |
| **v.** | * |
| | * |
| **THE UNITED STATES,** | * |
| | * |
| **Defendant.** | * |
| | * |

* * * * * * * * * * * * * * * * *

**ORDER ON MOTION FOR ENLARGEMENT OF TIME**

Defendant's unopposed motion, filed September 10, 2004, for an enlargement of time for the parties to file a joint preliminary status report is **GRANTED**. Accordingly, the parties shall file a joint preliminary status report by **September 17, 2004**.

**IT IS SO ORDERED**.

s/Nancy B. Firestone
NANCY B. FIRESTONE
Judge