# In the United States Court of Federal Claims

**No. 04-794C**
**(Filed: September 21, 2004)**

* * * * * * * * * * * * * * * * * *
*
**SPW ENGINEERING GROUP, INC.,** *
*
**Plaintiff,** *
*
**v.** *
*
**THE UNITED STATES,** *
*
**Defendant.** *
*
* * * * * * * * * * * * * * * * * *

## SCHEDULING ORDER

The court hereby schedules a joint preliminary status conference for **Wednesday, October 6, 2004, at 2:30 p.m. eastern time**. Counsel for each party shall appear via telephone and unless otherwise notified will be contacted at the following numbers: counsel for plaintiff at (202) 296-9290; counsel for defendant at (202) 353-7955. The court will initiate the conference call.

**IT IS SO ORDERED.**

**s/Nancy B. Firestone**
NANCY B. FIRESTONE
Judge