# In the United States Court of Federal Claims

**No. 04-794C**
**(Filed: October 7, 2004)**

| | |
|---|---|
| * * * * * * * * * * * * * * * * * | |
| | * |
| **SPW ENGINEERING GROUP, INC.,** | * |
| | * |
| **Plaintiff,** | * |
| | * |
| **v.** | * |
| | * |
| **THE UNITED STATES,** | * |
| | * |
| **Defendant.** | * |
| | * |
| * * * * * * * * * * * * * * * * * | |

**O R D E R**

Based on the status conference held on Wednesday, October 6, 2004, the court **ORDERS** as follows with regard to discovery:

1. Initial disclosures pursuant to Rule 26(a)(1) of the Rules of the United States Court of Federal Claims shall be due by **Friday, October 15, 2004**.

2. Fact discovery shall close by **Monday, January 31, 2005**.

3. The plaintiff's expert report shall be submitted to the government by **Tuesday, February 1, 2005**.

4. The government's expert report shall be submitted to the plaintiff by **Tuesday, March 1, 2005**.

5. The plaintiff shall submit a supplementary expert report to the government by **Friday, April 1, 2005**. After receiving the plaintiff's supplementary expert report, the government may move for leave to file a rebuttal report. If the court grants the government's motion for leave to file a rebuttal report, it shall be submitted to the plaintiff by **Tuesday, May 10, 2005**. All discovery shall be closed by **Tuesday, May 10, 2005**.

Furthermore, the court hereby **SCHEDULES** a post-discovery conference for **Tuesday, May 10, 2005 at 2:30 pm, eastern time**. Counsel for each party shall appear via telephone and unless otherwise notified will be contacted at the following numbers: counsel for plaintiff at (202) 296-9290; counsel for defendant at (202) 353-7955. The court will initiate the conference call.

**IT IS SO ORDERED.**

**s/Nancy B. Firestone**
NANCY B. FIRESTONE
Judge