UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| SPW ENGINEERING GROUP, INC., Plaintiff, v. DEPARTMENT OF THE ARMY, NGB, Defendant. | Civil Action Docket No: 04-794C (Judge Firestone) |

**PLAINTIFF'S CONSENT MOTION TO MODIFY DISCOVERY SCHEDULE**

NOW COMES Plaintiff SPW Engineering Group, Inc. and moves for modification of the Court's Order on discovery dated October 7, 2004. That Order provides for the close of all discovery on May 10, 2005. The parties are presently pursuing discovery, but Plaintiff may be designating as many as three expert witnesses, and needs additional time to complete that work. Plaintiff discovered in late December that one of the experts it had planned to use has a conflict of interest. Thus, Plaintiff's efforts to prepare appropriate expert reports was unexpectedly delayed. Additionally, Plaintiff has experienced other unanticipated delays with regard to the ongoing fact discovery. Consequently, Plaintiff, having the consent of Defendant, hereby requests an Order approving the following extension of the discovery schedule up to and including July 15, 2005:

1. Fact discovery shall close by **Wednesday, March 30, 2005**.
2. The plaintiff's expert report shall be submitted to the government by **Wednesday, March 30, 2005**.
3. The government's expert report shall be submitted to the plaintiff by **Friday, April 29, 2005**.

4. The plaintiff shall submit a supplementary expert report to the government by **Friday, May 27, 2005**. After receiving the plaintiff's supplementary expert report, the government may move for leave to file a surrebuttal report. If the court grants the government's motion for leave to file a surrebuttal report, it shall be submitted to the plaintiff by **Friday, July 15, 2005**.

5. All discovery shall be closed by **Friday, July 15, 2005**.

The Court is requested to reschedule a post-discovery conference for Friday, July 15, 2005 or shortly thereafter.

Dated this 14th day of January 2005.

Respectfully submitted,

By counsel

__________/s/_____________

Joseph A. McManus, Jr.
Attorney of Record
MCMANUS, SCHOR, ASMAR &
DARDEN, L.L.P.
1301 Connecticut Avenue, N.W.
Sixth Floor
Washington, D.C. 20036
(202) 296-9260

and

Debra L. Brown
MARCUS, CLEGG & MISTRETTA, P.A.
One Hundred Middle Street – East Tower
Portland, ME 04101
(207) 828-8000

Attorneys for Plaintiff

# CERTIFICATE OF SERVICE

I hereby certify that on January 14, 2005, the foregoing Plaintiff's Consent Motion to Modify Discovery Schedule was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system. Additionally, a copy is being faxed to the attorney listed below.

Gregory T. Jaeger
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1101 L Street, NW
Washington, DC 20005
202-353-7955
Attorney for Defendant

/s/
Joseph A. McManus, Jr.

UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| SPW ENGINEERING GROUP, INC.,<br>Plaintiff,<br>v.<br>DEPARTMENT OF THE ARMY, NGB<br>Defendant. | Civil Action Docket No: 04-794C<br>(Judge Firestone) |

**ORDER**

UPON CONSIDERATION of Plaintiff SPW Engineering Group, Inc.'s Consent Motion to Modify Discovery Schedule, it is this day of ____________, 2005, hereby found:

1. That Plaintiff has shown good cause for the modification of the Court's Order on discovery dated October 7, 2004, providing for the closing of all discovery on May 10, 2005;

That Plaintiff requires additional time to complete the ongoing fact discovery and determine the expert witnesses, if any, to be designated; and

3. That the discovery schedule should be extended up to and including July 15, 2005 as set forth below.

IT IS THEREFORE ORDERED, that the discovery schedule is extended and that new discovery deadlines are set as follows:

1 Fact discovery shall close by **Wednesday, March 30, 2005**.

2. The plaintiff's expert report shall be submitted to the government by **Wednesday, March 30, 2005**.

3 The government's expert report shall be submitted to the plaintiff by **Friday, April 29, 2005**.

4. The plaintiff shall submit a supplementary expert report to the government by **Friday, May 27, 2005**. After receiving the plaintiff's supplementary expert report, the government may move for leave to file a surrebuttal report. If the court grants the government's motion for leave to file a surrebuttal report, it shall be submitted to the plaintiff by **Friday, July 15, 2005**.

5. All discovery shall be closed by **Friday, July 15, 2005**.

Notice of a rescheduled post-discovery conference will be issued by the Court.

________________________________________
Judge, United States Court of Federal Claims

Copies to:

Joseph A. McManus, Jr.
MCMANUS, SCHOR, ASMAR &
DARDEN, L.L.P.
1301 Connecticut Avenue, N.W.
Sixth Floor
Washington, D.C. 20036
(202) 296-9260

Debra L. Brown
MARCUS, CLEGG & MISTRETTA, P.A.
One Hundred Middle Street – East Tower
Portland, ME 04101
(207) 828-8000
*Attorneys for Plaintiff*

Gregory T. Jaeger
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1101 L Street, NW
Washington, DC 20005
202-353-7955
*Attorney for Defendant*