# In the United States Court of Federal Claims

**No. 04-794C**
**(Filed: January 19, 2005)**

* * * * * * * * * * * * * * * * *
*
**SPW ENGINEERING GROUP, INC.,** *
*
**Plaintiff,** *
*
**v.** *
*
**THE UNITED STATES,** *
*
**Defendant.** *
*
* * * * * * * * * * * * * * * * *

**ORDER ON MOTION FOR ENLARGEMENT OF TIME**

Plaintiff's unopposed motion, filed January 14, 2005, to modify the discovery schedule is **GRANTED**. Accordingly, the discovery deadlines are amended as follows:

1. Fact discovery shall close by **Wednesday, March 30, 2005**.

2. The plaintiff's expert report shall be submitted to the government by **Wednesday, March 30, 2005**.

3. The government's expert report shall be submitted to the plaintiff by **Friday, April 29, 2005**.

4. The plaintiff shall submit a supplementary expert report to the government by **Friday, May 27, 2005**. After receiving the plaintiff's supplementary expert report, the government may move for leave to file a rebuttal report. If the court grants the government's motion for leave to file a rebuttal report, it shall be submitted to the plaintiff by **Friday, July 15, 2005**.

5. All discovery shall be closed by **Friday, July 15, 2005**.

Furthermore, the court hereby **RESCHEDULES** the post-discovery conference for **Friday, July 15, 2005 at 2:00 pm, eastern time**. Counsel for each party shall appear via telephone and unless otherwise notified will be contacted at the following numbers: counsel for plaintiff at (202) 296-9290; counsel for defendant at (202) 353-7955. The court will initiate the conference call.

**IT IS SO ORDERED.**

**s/Nancy B. Firestone**
NANCY B. FIRESTONE
Judge