UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| SPW ENGINEERING GROUP, INC.,<br>Plaintiff,<br>v.<br>THE UNITED STATES,<br>Defendant. | Civil Action Docket No: 04-794C<br>(Judge Firestone) |

**NOTICE OF APPEARANCE**

To the Clerk:

Please enter the appearance of Geoffrey T. Keating as of counsel to Plaintiff SPW Engineering Group, Inc. in the above-captioned case. I am admitted to and a member in good standing of the bar of this court.

Respectfully submitted,

Dated: 19th, January 2005

__________/s/_____________
Geoffrey T. Keating
MCMANUS, SCHOR, ASMAR &
DARDEN, L.L.P.
1301 Connecticut Avenue, N.W.
Sixth Floor
Washington, D.C. 20036
(202) 296-9260

**CERTIFICATE OF SERVICE**

I hereby certify that on January 19, 2005, a copy of the foregoing 'Notice of Appearance" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

_________/s/____________

Geoffrey T. Keating
MCMANUS, SCHOR, ASMAR &
DARDEN, L.L.P.
1301 Connecticut Avenue, N.W.
Sixth Floor
Washington, D.C. 20036
(202) 296-9260