IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| SPW ENGINEERING GROUP, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 04-794C |
| | ) | (Judge Firestone) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME

Pursuant to Rule 6(b) of the Rules of the Court of Federal Claims, defendant, the United States, respectfully requests the Court to enlarge the discovery deadlines in this case by 60 days. The proposed schedule is set forth below. This is defendant's first motion for this purpose. Counsel for defendant has conferred with counsel for plaintiff, and is authorized to state that plaintiff does not oppose this motion.

This motion is necessary for two reasons. First, the relief sought in this motion will allow the parties sufficient time to meet and conduct informal settlement discussions. The parties have scheduled March 15, 2005 for such a meeting.

This motion also is necessary because counsel for defendant has been, and will be, occupied with the following activities in other cases before this Court: (1) document production, discovery responses and settlement proposals in Law

Engineering and Environmental Services, Inc. v. United States, No. 04-145 (Fed. Cl.); (2) settlement negotiations and agreement in Metric Constructors, Inc. v. United States, No. 98-788 (Fed. Cl.); (3) depositions, document production and discovery responses in Columbia Manufacturing, Inc. v. United States, No. 02-1221 (Fed. Cl.); (4) answer and counterclaim in LaBarge, Inc. v. United States, No. 05-1 (Fed. Cl.); (5) document production and discovery responses in Gregg, et al. v. United States, No. 04-425; and (6) document production and discovery responses in Filosa, et al. v. United States, No. 04-710 (Fed. Cl.).

In addition, counsel is scheduled to begin bid protest duty during the two-week period from March 21 to April 1, 2005. During this time, counsel for defendant will be required to be available for bid protest proceedings involving requests for injunctive relief.

Further, counsel for defendant has the following deadlines with the United States Court of Appeals for the Federal Circuit: (1) formal brief due April 1, 2005 in Gettler v. Nicholson, No. 05-7074; (2) oral argument scheduled for April 5, 2005 in Lewis v. Dept. of Defense, No. 04-3229; (3) oral argument scheduled for April 5, 2005 in Chambers v. United States, No. 04-5134; and (4) formal brief due April 10, 2005 in Jones v. Nicholson, No. 05-7082.

The current discovery schedule is as follows:[1]

| | |
|---|---|
| March 30, 2005 | Close of Fact Discovery; Plaintiff's expert report(s) |
| April 29, 2005 | Government's expert report(s) |
| May 27, 2005 | Plaintiff's supplemental report(s) |
| July 15, 2005 | Close of all discovery; Government's rebuttal report(s) (if leave granted) |

To date, the parties have exchanged documents and discovery responses, including document production requests, interrogatories and requests for admission. The parties also have been preparing for depositions.

However, the above-described activities and deadlines will prevent counsel for defendant from having sufficient time to complete the remaining discovery tasks in this case pursuant to the current discovery deadlines. Accordingly, defendant requests the Court to grant this unopposed motion to enlarge the discovery deadlines by 60 days and adopt the following proposed schedule:

| | |
|---|---|
| May 29, 2005 | Close of Fact Discovery; Plaintiff's expert report(s) due. |
| June 28, 2005 | Government's expert report(s) due. |
| July 29, 2005 | Plaintiff's supplemental report(s) due. |

[1] The Court established this schedule pursuant to plaintiff's unopposed motion for an enlargement of the deadlines.

| | |
|---|---|
| September 13, 2005 | Close of all discovery; if leave granted, Government's rebuttal report(s) due. |

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

/s/Robert E. Kirschman, Jr.

ROBERT E. KIRSCHMAN, JR.
Assistant Director

/s/Gregory T. Jaeger

GREGORY T. JAEGER
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20005
(202) 353-7955

March 8, 2005 Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on March 8, 2005, a copy of the foregoing "DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/Gregory T. Jaeger