# In the United States Court of Federal Claims

**No. 04-794C**
**(Filed: June 15, 2005)**

| | |
|---|---|
| * * * * * * * * * * * * * * * * * | |
| | * |
| **SPW ENGINEERING GROUP, INC.,** | * |
| | * |
| **Plaintiff,** | * |
| | * |
| **v.** | * |
| | * |
| **THE UNITED STATES,** | * |
| | * |
| **Defendant.** | * |
| | * |
| * * * * * * * * * * * * * * * * * | |

**SCHEDULING ORDER**

The court hereby **SCHEDULES** a status conference for **Thursday, June 16, 2005 at 10:00 am, eastern time**. Counsel for each party shall appear via telephone and unless otherwise notified will be contacted at the following numbers: counsel for plaintiff at (202) 296-9290; counsel for defendant at (202) 353-7955. In addition, Ms. Brown, of counsel for plaintiff, will participate and shall be contacted at (207) 774-7887. The court will initiate the conference call.

**IT IS SO ORDERED**.

s/Nancy B. Firestone
NANCY B. FIRESTONE
Judge