# In the United States Court of Federal Claims

**No. 04-794C**
**(Filed: June 17, 2005)**

```
* * * * * * * * * * * * * * * * *
                                      *
SPW ENGINEERING GROUP, INC.,          *
                                      *
            Plaintiff,                *
                                      *
v.                                    *
                                      *
THE UNITED STATES,                    *
                                      *
            Defendant.                *
                                      *
* * * * * * * * * * * * * * * * *
```

## SCHEDULING ORDER

Based on the parties' joint request for additional time to continue settlement discussions, the above captioned-case shall be **STAYED** until **Thursday, September 15, 2005**. ADR Judge Bruggink has agreed to make himself available to the parties to assist in their settlement discussions and will be in contact with the parties to set up a settlement conference. If, by **Thursday, September 15, 2005**, the parties have not informed the court that they have reached a settlement in principle, then the stay shall be lifted and the parties shall file a status report indicating the progress of their negotiations.

**IT IS SO ORDERED**.

s/Nancy B. Firestone
NANCY B. FIRESTONE
Judge

cc: Judge Bruggink