# In the United States Court of Federal Claims

**No. 04-794C**
**(Filed: June 21, 2005)**

| | |
|---|---|
| * * * * * * * * * * * * * * * * * | |
| | * |
| **SPW ENGINEERING GROUP, INC.,** | * |
| | * |
| **Plaintiff,** | * |
| | * |
| **v.** | * |
| | * |
| **THE UNITED STATES,** | * |
| | * |
| **Defendant.** | * |
| | * |
| * * * * * * * * * * * * * * * * * | |

## REASSIGNMENT OF ADR JUDGE

The above-captioned case is in the court's ADR Pilot Program and is currently assigned to ADR Judge Hodges. The court hereby reassigns the case to Judge Bruggink for ADR proceedings. Judge Bruggink will contact the parties to set up a settlement conference.

**IT IS SO ORDERED**.

s/Nancy B. Firestone
NANCY B. FIRESTONE
Judge

cc: Judge Bruggink & Judge Hodges