# In the United States Court of Federal Claims

No. 04-794C ADR Pilot
(Filed: July 1, 2005)

* * * * * * * * * * * * * * * * * * * * * * * *
SPW ENGINEERING GROUP, INC.,

*Plaintiff*,

v.

THE UNITED STATES,

*Defendant*.
* * * * * * * * * * * * * * * * * * * * * * * *

ORDER

Two status conferences were held on June 30, 2005, to initiate ADR proceedings. The parties have agreed to proceed with an audit. A status conference will be held Thursday, August 11, 2005, at 10:00 a.m. eastern to assess progress on the audit and to schedule further ADR activities. The court will initiate the call.

s/Eric G. Bruggink
ERIC G. BRUGGINK
ADR Judge

cc: Judge Nancy B. Firestone