# In the United States Court of Federal Claims

No. 04-794C ADR Pilot
(Filed: August 11, 2005)

* * * * * * * * * * * * * * * * * * * * * * * * *
SPW ENGINEERING GROUP, INC.,

*Plaintiff*,

v.

THE UNITED STATES,

*Defendant*.
* * * * * * * * * * * * * * * * * * * * * * * * *

ORDER

A status conference was held on August 11, 2005. The court will contact the parties in late September, when the on-going audit is likely to be completed, to schedule another status conference.

s/Eric G. Bruggink
ERIC G. BRUGGINK
ADR Judge

cc: Judge Nancy B. Firestone