# In the United States Court of Federal Claims

**No. 04-794C**
**(Filed: September 8, 2005)**

*** * * * * * * * * * * * * * * * ***
**SPW ENGINEERING GROUP, INC., ***

**Plaintiff, ***

**v. ***

**THE UNITED STATES, ***

**Defendant. ***
*** * * * * * * * * * * * * * * * ***

**ORDER**

The post-discovery conference call scheduled for **Tuesday, September 13, 2005 at 2:00 pm, eastern time** is hereby **CANCELLED**. Further, as directed by the court's June 17, 2005 order, unless the parties have informed the court that they have reached a settlement in principle they shall file a joint status report by **Thursday, September15, 2005** indicating the progress made towards resolution of this matter.

**IT IS SO ORDERED.**

**s/Nancy B. Firestone**
NANCY B. FIRESTONE
Judge

cc: ADR Judge Hodges