IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| SPW ENGINEERING GROUP, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 04-794C |
| | ) | (Judge Firestone) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

JOINT STATUS REPORT

Pursuant to the Court's orders dated June 17, 2005 and September 8, 2005, the parties respectfully submit this joint status report regarding the progress made toward informal resolution of this matter.

The parties have conferred with Judge Bruggink, the ADR judge assigned to this case, regarding the protocol for these non-binding settlement proceedings. The parties agreed, with the concurrence of Judge Bruggink, that the Government is to be allowed to conduct an audit of SPW's claim and that the audit will be performed by the Defense Contract Auditing Agency ("DCAA"). After completion of the audit, the parties will again confer with Judge Bruggink regarding how best to proceed with settlement discussions.

The DCAA auditor met with SPW's principle and his accountant at the end of July to conduct an initial entrance conference. During that conference, SPW provided the DCAA auditor with a revised claim submission and various support documentation. The DCAA reviewed these materials and responded to SPW with questions and additional document requests. SPW has advised that it will produce additional information in response to these requests by September 23, 2005. At that time, the DCAA will determine if there is a need for additional information or documents.

The DCAA auditor will be on previously scheduled leave for a significant portion of October, 2005. As a result, the auditor likely will be in a position to submit his final findings during the first week of November, assuming there are no unanticipated delays or issues.

Accordingly, the parties respectfully request the Court to continue the current stay of proceedings to allow the DCAA time to complete its audit and to allow the parties time to complete settlement consultations and discussions with Judge Bruggink.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

/s/ Deborah A. Bynum

DEBORAH A. BYNUM
Assistant Director

/s/ Gregory T. Jaeger

GREGORY T. JAEGER
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20005
(202) 353-7955 (Tel.)
(202) 353-7988 (Fax)

Attorneys for Defendant

September 15, 2005

/s/ Debra L. Brown

DEBRA L. BROWN

22 Free Street, Suite 302
P.O. Box 373
Portland, ME 04112
(207) 774-7887 (Tel.)
(207) 774-7557 (Fax)

GEOFFREY T. KEATING

McManus, Schor, Asmar
& Darden, L.L.P.
1301 Connecticut Ave., NW
Washington, DC 20036
(202) 296-9260 (Tel.)
(202) 659-3732 (Fax)

Attorneys for Plaintiff

September 15, 2005

CERTIFICATE OF FILING

I hereby certify that on September 15, 2005, a copy of the foregoing “JOINT STATUS REPORT" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Gregory T. Jaeger