# In the United States Court of Federal Claims

**No. 04-794C**
**(Filed: September 19, 2005)**

*** * * * * * * * * * * * * * * * ***
**SPW ENGINEERING GROUP, INC., ***
**Plaintiff, ***
**v. ***
**THE UNITED STATES, ***
**Defendant. ***
*** * * * * * * * * * * * * * * * ***

**ORDER**

The court is in receipt of the parties' joint status report, filed September 15, 2005, in which the parties request that the stay of proceedings continue in order to allow the Defense Contract Auditing Agency to complete its audit and to allow the parties time to complete settlement discussions with ADR Judge Bruggink. The parties' request is **GRANTED**. Accordingly, the above-captioned case remains **STAYED**. The parties shall file a joint status report by **Friday, December 16, 2005** indicating the progress of their settlement discussions.

**IT IS SO ORDERED**.

s/Nancy B. Firestone
NANCY B. FIRESTONE
Judge

cc: Judge Bruggink