IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| SPW ENGINEERING GROUP, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 04-794C |
| | ) | (Judge Firestone) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

<u>JOINT STATUS REPORT</u>

Pursuant to the Court's Order dated September 19, 2005, the parties respectfully submit this Joint Status Report regarding the progress made toward informal resolution of the above-captioned case.

As reported in the parties' Joint Status Report dated September 15, 2005, the DCAA audit commenced in July, 2005. The auditor reports that his work is complete, and anticipates that his report will be issued by December 16, 2005.

Accordingly, the parties respectfully request the Court to continue the current stay of these proceedings for sixty (60) days to allow the DCAA to issue its audit report and to allow the parties sufficient time to review the report, and complete settlement discussions and consultations with ADR Judge Bruggink.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

/s/ Debra L. Brown

DEBRA L. BROWN

22 Free Street, Suite 302
P.O. Box 373
Portland, ME 04112
(207) 774-7887 (Tel.)
(207) 774-7557 (Fax)

JOSEPH A.McMANUS, JR.
GEOFFREY T. KEATING

McManus, Schor, Asmar
& Darden, L.L.P.
1301 Connecticut Ave., NW
Washington, DC 20036
(202) 296-9260 (Tel.)
(202) 659-3732 (Fax)

Attorneys for Plaintiff

December 9, 2005

/s/ Deborah A. Bynum

DEBORAH A. BYNUM
Assistant Director

/s/ Gregory T. Jaeger

GREGORY T. JAEGER
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20005
(202) 353-7955 (Tel.)
(202) 353-7988 (Fax)

Attorneys for Defendant

December 9, 2005

CERTIFICATE OF FILING

I hereby certify that, on December 9, 2005, a copy of the foregoing “JOINT STATUS REPORT" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Gregory T. Jaeger