IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| SPW ENGINEERING GROUP, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 04-794C |
| | ) | (Judge Firestone) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

JOINT STATUS REPORT

Pursuant to the Court's Order dated December 15, 2006, the parties respectfully submit this Joint Status Report regarding the progress made toward informal resolution of the above-captioned case.

As reported in the parties' Joint Status Report dated December 9, 2005, the DCAA audit commenced in July, 2005. The auditor issued his report on or about December 16, 2005. Since that time, the parties have reviewed the report and have developed a proposed procedure and schedule for completing the ADR proceedings. The procedure contemplates the submission of position papers to, and a conference with, Judge Bruggink. The parties will present this proposal to Judge Bruggink in the next few days for his approval.

Accordingly, the parties respectfully request the Court to continue the current stay of these proceedings for ninety (90) days to allow the parties sufficient time to complete settlement discussions and consultations with ADR Judge Bruggink.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

/s/ Debra L. Brown

DEBRA L. BROWN

22 Free Street, Suite 302
P.O. Box 373
Portland, ME 04112
(207) 774-7887 (Tel.)
(207) 774-7557 (Fax)

JOSEPH A.McMANUS, JR.
GEOFFREY T. KEATING

McManus, Schor, Asmar
& Darden, L.L.P.
1301 Connecticut Ave., NW
Washington, DC 20036
(202) 296-9260 (Tel.)
(202) 659-3732 (Fax)

Attorneys for Plaintiff

February 16, 2006

/s/ Deborah A. Bynum

DEBORAH A. BYNUM
Assistant Director

/s/ Gregory T. Jaeger

GREGORY T. JAEGER
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20005
(202) 353-7955 (Tel.)
(202) 353-7988 (Fax)

Attorneys for Defendant

February 16, 2006

CERTIFICATE OF FILING

I hereby certify that, on February 16, 2006, a copy of the foregoing "JOINT STATUS REPORT" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Gregory T. Jaeger