# In the United States Court of Federal Claims

**No. 04-794C**
**(Filed: February 21, 2006)**

| | |
|---|---|
| * * * * * * * * * * * * * * * * * | |
| | * |
| **SPW ENGINEERING GROUP, INC.,** | * |
| | * |
| **Plaintiff,** | * |
| | * |
| **v.** | * |
| | * |
| **THE UNITED STATES,** | * |
| | * |
| **Defendant.** | * |
| | * |
| * * * * * * * * * * * * * * * * * | |

## ORDER

The court is in receipt of the parties' joint status report, filed February 16, 2006, in which the parties request that the stay of proceedings continue in order to allow them to complete settlement discussions with ADR Judge Bruggink. The parties' request is **GRANTED**. Accordingly, the above-captioned case remains **STAYED**. The parties shall file a joint status report by **Tuesday, May 16, 2006** indicating the progress of their settlement discussions.

**IT IS SO ORDERED**.

s/Nancy B. Firestone
NANCY B. FIRESTONE
Judge

cc: Judge Bruggink