# In the United States Court of Federal Claims

No. 04-794C ADR Pilot

(Filed: March 10, 2006)

* * * * * * * * * * * * * * * * * * * * * * * * *

SPW ENGINEERING GROUP, INC.,

*Plaintiff*,

v.

THE UNITED STATES,

*Defendant*.

* * * * * * * * * * * * * * * * * * * * * * * * *

ORDER

The ADR judge has before him defendant's letter dated March 10, 2006. The court adopts the proposed schedule set out in that letter. Accordingly, on or before April 14, 2006, the parties shall simultaneously submit position papers to the ADR judge. The parties have agreed to limit the papers to 20 pages, exclusive of any exhibits or supporting documentation. The parties also have agreed to exchange their papers, with each side reserving the right to redact confidential information from the copy served upon the other side.

Thereafter, the ADR judge will conduct an in-person conference with the parties, including the accountant for SPW, on Monday, April 24, 2006, beginning at 10:00 a.m. The conference will be conducted in chambers, as well as in the court's third floor conference room.

s/Eric G. Bruggink

ERIC G. BRUGGINK

ADR Judge

cc: Judge Nancy B. Firestone