IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| SPW ENGINEERING GROUP, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 04-794C |
| | ) | (Judge Firestone) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

JOINT STATUS REPORT

Pursuant to the Court's Order dated February 21, 2006, the parties respectfully submit this Joint Status Report regarding the progress made toward informal resolution of the above-captioned case.

On April 24, 2006, the parties met with Judge Bruggink to conduct non-binding ADR proceedings. As a result of those proceedings, plaintiff, SPW Engineering Group, Inc. (“SPW”), presented the Government with an offer to resolve this case in its entirety. Counsel for the Government is in the process of seeking the requisite authority to accept SPW’s offer from the designated representative of the Department of Justice.

Accordingly, the parties respectfully request the Court to continue the current stay of these proceedings for 60 days to allow the Government sufficient time to seek authority to accept SPW’s proposed offer.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

/s/ Debra L. Brown

DEBRA L. BROWN

22 Free Street, Suite 302
P.O. Box 373
Portland, ME 04112
(207) 774-7887 (Tel.)
(207) 774-7557 (Fax)

JOSEPH A. McMANUS, JR.
GEOFFREY T. KEATING

McManus, Schor, Asmar
& Darden, L.L.P.
1301 Connecticut Ave., NW
Washington, DC 20036
(202) 296-9260 (Tel.)
(202) 659-3732 (Fax)

Attorneys for Plaintiff

May 16, 2006

/s/ Deborah A. Bynum

DEBORAH A. BYNUM
Assistant Director

/s/ Gregory T. Jaeger

GREGORY T. JAEGER
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20005
(202) 353-7955 (Tel.)
(202) 353-7988 (Fax)

Attorneys for Defendant

May 16, 2006

CERTIFICATE OF FILING

I hereby certify that, on May 16, 2006, a copy of the foregoing "JOINT STATUS REPORT" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Gregory T. Jaeger