# In the United States Court of Federal Claims

**No. 04-794C**
**(Filed: May 17, 2006)**

* * * * * * * * * * * * * * * * *
*
**SPW ENGINEERING GROUP, INC.,** *
*
**Plaintiff,** *
*
**v.** *
*
**THE UNITED STATES,** *
*
**Defendant.** *
*
* * * * * * * * * * * * * * * * *

**ORDER**

The court is in receipt of the parties' joint status report, filed May 16, 2006, in which the parties indicate that the defendant is currently reviewing plaintiff's settlement offer and request additional time. The parties' request is **GRANTED**. Accordingly, the above-captioned case remains **STAYED**. The parties shall file a joint status report by **Monday, July 17, 2006** indicating the status of plaintiff's settlement offer.

**IT IS SO ORDERED**.

s/Nancy B. Firestone
NANCY B. FIRESTONE
Judge

cc: ADR Judge Bruggink