# In the United States Court of Federal Claims

**No. 04-794C**
**(Filed: July 19, 2006)**

* * * * * * * * * * * * * * * * *
*
**SPW ENGINEERING GROUP, INC.,** *
*
**Plaintiff,** *
*
**v.** *
*
**THE UNITED STATES,** *
*
**Defendant.** *
*
* * * * * * * * * * * * * * * * *

## ORDER

The court is in receipt of the parties' joint status report, filed July 17, 2006, in which the parties indicate that the defendant is currently reviewing plaintiff's settlement offer and request additional time. The parties' request is **GRANTED**. Accordingly, the above-captioned case remains **STAYED**. The parties shall file a joint status report by **Thursday, August 17, 2006** indicating the status of plaintiff's settlement offer.

**IT IS SO ORDERED**.

s/Nancy B. Firestone
NANCY B. FIRESTONE
Judge

cc: ADR Judge Bruggink