IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| SPW ENGINEERING GROUP, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 04-794C |
| | ) | (Judge Firestone) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

JOINT STATUS REPORT

Pursuant to the Court's Order dated July 19, 2006, the parties respectfully submit this Joint Status Report regarding the progress made toward informal resolution of the above-captioned case.

As a result of the parties' non-binding ADR proceedings with Judge Bruggink, plaintiff, SPW Engineering Group, Inc. ("SPW"), presented the Government with an offer to resolve this case in its entirety. This offer was accepted by the designated authority for the Department of Justice and the parties completed an agreement memorializing the terms of the settlement on August 16, 2006. The Government is now in the process of submitting its application to the Judgment Fund for the necessary funds.

Accordingly, the parties respectfully request the Court to continue the current stay of these proceedings for 30 days.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

/s/ Debra L. Brown
DEBRA L. BROWN

Law Offices of Debra L. Brown, P.A.
22 Free Street, Suite 302
P.O. Box 373
Portland, ME 04112
(207) 774-7887 (Tel.)
(207) 774-7557 (Fax)

JOSEPH A. McMANUS, JR.
GEOFFREY T. KEATING

McManus, Schor, Asmar
& Darden, L.L.P.
1301 Connecticut Ave., NW
Washington, DC 20036
(202) 296-9260 (Tel.)
(202) 659-3732 (Fax)

Attorneys for Plaintiff

August 17, 2006

/s/ Deborah A. Bynum
DEBORAH A. BYNUM
Assistant Director

/s/ Gregory T. Jaeger
GREGORY T. JAEGER
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20005
(202) 353-7955 (Tel.)
(202) 353-7988 (Fax)

Attorneys for Defendant

August 17, 2006

CERTIFICATE OF FILING

I hereby certify that, on August 17, 2006, a copy of the foregoing “JOINT STATUS REPORT" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Gregory T. Jaeger