# In the United States Court of Federal Claims

**No. 04-794C**
**(Filed: August 21, 2006)**

* * * * * * * * * * * * * * * * *
*
**SPW ENGINEERING GROUP, INC.,** *
*
**Plaintiff,** *
*
**v.** *
*
**THE UNITED STATES,** *
*
**Defendant.** *
*
* * * * * * * * * * * * * * * * *

## ORDER

The court is in receipt of the parties' joint status report, filed August 17, 2006, in which the parties indicate that the defendant has accepted plaintiff's settlement offer. The parties request additional time to allow defendant to submit its application to the Judgement Fund for the necessary funds. The parties' request is **GRANTED**. Accordingly, the above-captioned case remains **STAYED**. The parties shall file a joint status report by **Thursday, September 28, 2006** indicating the status of plaintiff's settlement offer.

**IT IS SO ORDERED**.

s/Nancy B. Firestone
NANCY B. FIRESTONE
Judge

cc: ADR Judge Bruggink