IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| SPW ENGINEERING GROUP, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 04-794C |
| | ) | (Judge Firestone) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

JOINT STATUS REPORT

Pursuant to the Court's order dated August 21, 2006, the parties respectfully submit this Joint Status Report regarding the progress made toward informal resolution of the above-captioned case.

As noted in our previous status report dated August 17, 2006, the parties have completed a settlement agreement resolving this case in its entirety. In addition, the Government has submitted an application to the Department of the Treasury, Judgment Fund Branch, to obtain the funds required by the settlement agreement. Undersigned counsel for the Government has been advised by Judgment Fund personnel that they are completing the processing of defendant's application.

Accordingly, the parties respectfully request the Court to continue the current stay of these proceedings for 33 days, to and including October 31, 2006.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

/s/ Debra L. Brown
DEBRA L. BROWN

Law Offices of Debra L. Brown, P.A.
22 Free Street, Suite 302
P.O. Box 373
Portland, ME 04112
(207) 774-7887 (Tel.)
(207) 774-7557 (Fax)

JOSEPH A. McMANUS, JR.
GEOFFREY T. KEATING

McManus, Schor, Asmar
& Darden, L.L.P.
1155 Fifteenth Street, NW, Suite 900
Washington, DC 20005
(202) 296-9260 (Tel.)
(202) 659-3732 (Fax)

Attorneys for Plaintiff

September 28, 2006

/s/ Deborah A. Bynum
DEBORAH A. BYNUM
Assistant Director

/s/ Gregory T. Jaeger
GREGORY T. JAEGER
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, DC 20005
(202) 353-7955 (Tel.)
(202) 353-7988 (Fax)

Attorneys for Defendant

September 28, 2006

CERTIFICATE OF FILING

I hereby certify that, on September 28, 2006, a copy of the foregoing "JOINT STATUS REPORT" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Gregory T. Jaeger