# In the United States Court of Federal Claims

**No. 04-794C**
**(Filed: September 29, 2006)**

* * * * * * * * * * * * * * * * * *
**SPW ENGINEERING GROUP, INC.,**

**Plaintiff,**

**v.**

**THE UNITED STATES,**

**Defendant.**
* * * * * * * * * * * * * * * * * *

## ORDER

The court is in receipt of the parties' joint status report, filed September 28, 2006, in which the parties indicate that they have reached a settlement and that the defendant has submitted an application to the Department of the Treasury to obtain the funds required. The parties request additional time to allow for the transfer of funds to the plaintiff. The parties' request is **GRANTED**. Accordingly, the above-captioned case remains **STAYED**. The parties shall file a joint status report by **Tuesday, October 31, 2006** indicating whether the plaintiff has received payment pursuant to the settlement agreement.

**IT IS SO ORDERED**.

s/Nancy B. Firestone
NANCY B. FIRESTONE
Judge