IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| SPW ENGINEERING GROUP, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 04-794C |
| | ) | (Judge Firestone) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

JOINT STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1)(ii) of the Rules of the United States Court of Federal Claims and the settlement agreement executed by the parties on August 16, 2006, the parties jointly stipulate to the dismissal of this action with prejudice, as specified in the parties' settlement agreement, with each party to bear its own costs, expenses and attorney fees.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

/s/ Debra L. Brown
DEBRA L. BROWN

Law Offices of Debra L. Brown, P.A.
22 Free Street, Suite 302
P.O. Box 373
Portland, ME 04112
(207) 774-7887 (Tel.)
(207) 774-7557 (Fax)

/s/ Deborah A. Bynum
DEBORAH A. BYNUM
Assistant Director

/s/ Gregory T. Jaeger

JOSEPH A. McMANUS, JR.
GEOFFREY T. KEATING
McManus, Schor, Asmar
& Darden, L.L.P.
1155 Fifteenth Street, NW, Suite 900
Washington, DC 20005
(202) 296-9260 (Tel.)
(202) 659-3732 (Fax)

Attorneys for Plaintiff

October 5, 2006

GREGORY T. JAEGER
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, DC 20005
(202) 353-7955 (Tel.)
(202) 353-7988 (Fax)

Attorneys for Defendant

October 5, 2006

CERTIFICATE OF FILING

I hereby certify that, on October 5, 2006, a copy of the foregoing "JOINT STIPULATION OF DISMISSAL" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Gregory T. Jaeger