# In the United States Court of Federal Claims

**No. 04-794C**
**(Filed: October 10, 2006)**

* * * * * * * * * * * * * * * * * 
SPW ENGINEERING GROUP, INC., *
Plaintiff, *
v. *
THE UNITED STATES, *
Defendant. *
* * * * * * * * * * * * * * * * *

**ORDER**

The Clerk of the Court is directed to **DISMISS** the complaint in the above-captioned case and enter judgment in accordance with the parties's October 5, 2006 joint stipulation of dismissal.

**IT IS SO ORDERED.**

**s/Nancy B. Firestone**
NANCY B. FIRESTONE
Judge

cc: ADR Judge Hodges