# In the United States Court of Federal Claims

**No. 04-794 C**

**SPW ENGINEERING GROUP, INC.**

**JUDGMENT**

**v.**

**THE UNITED STATES**

Pursuant to the parties' stipulation of dismissal, filed October 5, 2006, and the court's Order, filed October 10, 2006,

IT IS ORDERED AND ADJUDGED this date, pursuant to Rule 58, that the complaint is dismissed, with prejudice.

Brian Bishop
Clerk of Court

October 11, 2006 By: s/ Debra L. Samler

Deputy Clerk